# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ANNETTE HAUGA-EL,<br><br>        Plaintiff,<br>  v.<br>ROYAL GARDENS PROPERTY AND INVESTMENTS LLC, et al.<br>        Defendants.<br>_____/ | No. C 11-04091 MEJ<br><br>**ORDER OF REFERRAL** |

     Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Charles R. Breyer for the purpose of considering whether it is related to the following case:

3:10-cv-05420-CRB, *Royal Gardens Properties and Investments LLC v. Hauga-El, et al.*

**IT IS SO ORDERED.**

Dated: August 23, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge