IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNETTE HAUGA-EL,

    Plaintiff,

v.

ROYAL GARDENS PROPERTY AND INVESTMENTS LLC, et al.,

    Defendants.

      No. C 11-04091 CRB

**ORDER DISMISSING CASE WITH PREJUDICE**

On September 8, 2011, the Court dismissed Plaintiff's case, and granted her thirty days leave to amend. See Order (dkt. 9) at 3. The Court explained, "failure to comply with this Order will be deemed grounds for dismissal with prejudice." Id. Plaintiff did not amend her Complaint within thirty days of the Court's Order or in any time since. Accordingly, the case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: June 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE