IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNETTE HAUGA-EL,

    Plaintiff,

  v.

ROYAL GARDENS PROPERTY AND INVESTMENTS LLC, et al.,

    Defendants.

No. C 11-04091 CRB

**JUDGMENT**

Having dismissed Plaintiff's case with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE